JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-00481-DOC-ADS                    Date:  May 5, 2020

Title: POPA FEDERAL CREDIT UNION v. VINCE SIERRA ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER REMANDING CASE**

As detailed in Plaintiff's state court Complaint (Dkt. 6-1), this action arises out of an unlawful detainer action initiated in Orange County Superior Court and removed to this Court. Having considered the underlying state court action and Defendants' Notice of Removal (Dkt. 1-1), the Court now finds that no basis for federal jurisdiction obtains in this matter. The case is therefore REMANDED to state court.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                      Initials of Deputy Clerk: kd

CIVIL-GEN